FILED

APR 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEORGE K. YOUNG, Jr., Plaintiff-Appellant, v. STATE OF HAWAII; et al., Defendants-Appellees. | No. 12-17808 D.C. No. 1:12-cv-00336-HG-BMK District of Hawaii, Honolulu ORDER |

Before: **THOMAS**, Chief Judge

On February 14, 2019, this Court stayed en banc proceedings pending the issuance of an opinion by the United States Supreme Court in *New York State Rifle & Pistol Association, Inc, v. City of New York*, No. 18-820 and further order of this Court. The Supreme Court has now issued its decision. *New York State Rifle & Pistol Ass'n, Inc, v. City of New York*, 590 U.S. ___, 2020 WL 1978708 (April 27, 2020).

Therefore, the stay of en banc proceedings in this case is lifted. En banc argument will take place during the week of September 21, 2020, at the James R. Browning United States Courthouse in San Francisco, California. The specific date and time will be set by separate order.

For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at Paul_Keller@ca9.uscourts.gov or (206) 224-2236. Given this order, appellant Young's motion to lift the stay (Dckt # 226) is DENIED as moot.

The parties are instructed to file simultaneous supplemental briefs of no more than 10,000 words on or before June 4, 2020. The parties may file an optional supplemental reply brief of not more than 5,000 words on or before June 22, 2020. Given this order, the State of Hawai'i's motion for supplemental briefing (Dckt # 202) is DENIED as moot. The parties shall file with the Court eighteen additional copies of the supplemental briefs filed within seven days of the due dates.

The State of Louisiana's motion for an extension of time in which to file an amicus curiae brief (Dckt # 218) is GRANTED. The amicus brief will be due on or before June 4, 2020, shall not exceed 5,000 words, and shall otherwise conform to the requirements of Ninth Circuit Rule 29. Amicus shall file with the Court eighteen additional copies of the brief filed within seven days of the due date.

Further motions to file amicus briefs must be filed on or before June 4, 2020, must conform to the requirements of Circuit Rule 29, and any brief submitted shall not exceed 5,000 words.  Any amicus curiae who is granted leave to file an amicus brief shall file with the Court eighteen additional copies of the brief within seven days after leave to file a brief is granted.